UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Samantha Calhoun,

                   Plaintiff,

v.

West Road Pizza Stop, Inc., *et al.*,

                   Defendants.

_____/

Case No. 20-cv-12661

Judith E. Levy
United States District Judge

Mag. Judge David R. Grand

**ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION FOR FINAL SETTLEMENT APPROVAL [43]**

Before the Court is Plaintiff Samantha Calhoun's unopposed motion for final settlement approval (ECF No. 43) in which she seeks final approval of the parties' Proposed Settlement Agreement. (ECF No. 34-1.) On April 7, 2022, a hearing was held by video conference and oral argument was heard. For the reasons set forth on the record, the Court finds the Proposed Settlement Agreement to be fair, reasonable, and adequate. Accordingly, Plaintiff's motion is GRANTED.

The Court directs the Clerk's Office to close the case, but the Court retains jurisdiction to enforce the terms of the Proposed Settlement

Agreement. If necessary, the case will be reopened to address any enforcement issues related to the Proposed Settlement Agreement.

IT IS SO ORDERED.

Dated: April 11, 2022             s/Judith E. Levy
Ann Arbor, Michigan           JUDITH E. LEVY
                                            United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 11, 2022.

                                            s/William Barkholz
                                            WILLIAM BARKHOLZ
                                            Case Manager